**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Executive Risk Specialty Insurance Company, | Civil No. 05-2208 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| UnitedHealth Group, Inc., | |
| Defendant. | |

Based upon Stipulation of Confidentiality filed herein, the Court hereby withdraws Defendant UnitedHealth Group, Inc.'s Memorandum in Support of Motion to Dismiss, and the documents and affidavits filed in connection with the same, from the public record and places it under seal until further Order of this Court.

DATE: January 06, 2006.

                                                                                s/Richard H. Kyle
                                                                                RICHARD H. KYLE
                                                                                 United States District Judge